IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GAILOYD ENTERPRISES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-0455-CV-W-DW |
| | ) | |
| KANSAS CITY LIVE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Before the Court is the parties' Stipulation of Dismissal of Lawsuit with Prejudice. (Doc. 36). Pursuant to the Stipulation, the lawsuit is hereby DISMISSED WITH PREJUDICE with each side to bear its own costs and fees, including attorneys' fees. See Fed. R. Civ. Proc. 41(a)(1)(ii).


Date:  June 28, 2007                                       /s/ Dean Whipple
                                                                     Dean Whipple
                                                           United States District Judge